UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Cause No. 1:21-cr-00302-JMS-MG |
| ROBERT LEE KEITH (01), | ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge M. Kendra Klump's Report and Recommendation dkt [89] recommending that Robert Lee Keith's supervised release be revoked, pursuant to Title 18 U.S.C. '3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. '3583, and with no objections being filed, the Court **APPROVES and ADOPTS** Magistrate Judge Klump's Report and Recommendation dkt [89]. The Court finds that Mr. Keith committed Violation Number 1 as alleged by the U.S. Probation Office in its *Petition for Warrant or Summons for Offender under Supervision* dkt [82]. The Court dismisses Violation Numbers 2, 3, and 4 at dkt [82]. The Court now orders that the defendant's supervised release is therefore **REVOKED**, and Mr. Keith is sentenced to the custody of the Attorney General or his designee for a period of six (6) months and with no supervised release to follow. The Court recommends placement at FCI Terre Haute at the lowest security classification eligible.

Date: 12/4/2024

*[signature]*
Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system